JOHN J. CRAIG ET AL., PLAINTIFFS IN ERROR, v. THE STATE, JAMES BRANDS, PROSECUTOR, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 20 *Vroom* 185.

Eatontown v. Wolley.

PER CURIAM.   The judgment in this case should be affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, REED, VAN SYCKEL, BROWN, CLEMENT, MCGREGOR, PATERSON, WHITAKER.   10.

*For reversal*—None.